878 A.2d 850

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. ROSALINDA MOLINA, DEFENDANT–RESPONDENT.

July 22, 2005.

ORDERED that the motion for leave to appeal is granted.

878 A.2d 851

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. DANIEL J. RUCKER, DEFENDANT–RESPONDENT.

July 22, 2005.

ORDERED that the motion for leave to appeal is granted.

878 A.2d 851

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. OSCAR STERLING, DEFENDANT–RESPONDENT.

July 22, 2005.

ORDERED that the motion for leave to appeal is granted.